# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## ORDER GRANTING PETITION(S) FOR CHANGE OF NAME

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the oath of allegiance. The 41 (forty one) Petitions for name changes filed by the attached listed applicants for naturalization are hereby granted.

Date:   December 17, 2021
        Central Islip, New York

So Ordered,

S/ Joseph F. Bianco

_____
Joseph F. Bianco, United States Circuit Judge